UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>   v.<br><br>CHRISTOPHER MILES GATES,<br><br>                     Defendant. | CASE NO. MJ 15-324<br><br>DETENTION ORDER |

<u>Offense charged</u>:   Felon in Possession of a Firearm (two counts); Possession of a Controlled Substance (Schedule II); Possession of a Controlled Substance (Schedule IV).

<u>Date of Detention Hearing</u>:   July 23, 2015.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

     1.    Defendant's criminal record includes a conviction for Robbery in the First Degree in 2012, for which he was sentenced to 31 months confinement, followed by work release for five months in 2013. He was not placed on supervision when he was released to the community.

DETENTION ORDER
PAGE - 1

1 The first count of felon in possession of a firearm arose out of an incident alleged to have
2 occurred on June 7, 2015, at which time defendant was found sleeping in his car, and was
3 aroused only with difficulty by law enforcement officers. Following which defendant appeared
4 in state court and was released on bond.  The second count arose out of an incident alleged to
5 have occurred approximately two weeks later, on June 22, 2015, when defendant was stopped by
6 law enforcement and determined to have an outstanding warrant for his arrest.

7   2. Information provided by defendant to Pretrial Services about his current residence
8 and payment of rent was in part contradicted by the verification source.

9   3. Defendant poses a risk of nonappearance due to contradictions in his residential
10 history, and a history of controlled substance use.  Defendant poses a risk of danger due t6o the
11 nature of the charges and criminal history, including the fact that he was arrested for a second
12 time for a firearms charge while on bond for the same offense.

13   4. There does not appear to be any condition or combination of conditions that will
14 reasonably assure the defendant's appearance at future Court hearings while addressing the
15 danger to other persons or the community.

16 It is therefore ORDERED:

17 1. Defendant shall be detained pending trial and committed to the custody of the Attorney
18   General for confinement in a correction facility separate, to the extent practicable, from
19   persons awaiting or serving sentences or being held in custody pending appeal;
20 2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
21 3. On order of the United States or on request of an attorney for the Government, the person
22   in charge of the corrections facility in which defendant is confined shall deliver the
23   defendant to a United States Marshal for the purpose of an appearance in connection with

DETENTION ORDER
PAGE - 2

1  a court proceeding; and

2  4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 23rd day of July, 2015.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE - 3